# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1836. IN THE INTEREST OF C. M. B., A CHILD (MOTHER).**

In this custody dispute, the juvenile court entered an order awarding the father of C. M. B. primary physical custody and the mother visitation. The mother filed a motion for reconsideration, which the court denied. The mother then filed this direct appeal, seeking to appeal the denial of her motion for reconsideration. We lack jurisdiction.

The denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). We note that the mother filed a timely notice of appeal from the custody order, and that appeal has been docketed in this Court and remains pending. See Case No. A24A1516. However, to the extent she now seeks to appeal the denial of her motion for reconsideration, that order is not directly appealable. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/31/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*